No. 192. SCHARF, DOING BUSINESS AS PARAMOUNT PHOTO SERVICE, ET AL. *v.* FORGETT, DOING BUSINESS AS SERVICE WELDING Co. C. A. 3d Cir. Certiorari denied. *Samuel Milberg* for petitioners. *Robert L. Hood* and *Charles B. McGroddy, Jr.* for respondent. ■

No. 193. WHITE BROTHERS Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Frank S. Normann* for petitioner. *Acting Solicitor General Raum, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent. ■

No. 194. KERNER ET AL. *v.* FISHER. C. A. 7th Cir. Certiorari denied. *John A. Looby, Jr.* for petitioners. *John S. Miller* for respondent. ■

No. 196. PISCIOTTA *v.* CITY OF NEW YORK ET AL. Court of Appeals of New York. Certiorari denied. *Howard A. Ameli* for petitioner. *John P. McGrath* and *Stanley Buchsbaum* for respondents.

No. 197. PORHOWNIK ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert Viault* and *Lyman Stansky* for petitioners. *Solicitor General Perlman, Ed Dupree, Leon J. Libeu* and *Benjamin Freidson* for the United States. ■

No. 200. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Warner Fuller* and *Arnot L. Sheppard* for petitioner. *Acting Solicitor General Raum, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States. ■